# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-2112 MWF (FFM) | Date | September 25, 2018 |
|---|---|---|---|
| Title | NEHEMIAH KONG v. MARGARET M. HARRIS CORPORATION, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of plaintiff's motion for an order compelling initial disclosures, or in the alternative, for an order excluding non-disclosed witnesses and documents, and seeking Rule 37 sanctions, filed September 25, 2018. (Docket No. 20.) Plaintiff asserts that defendants, Margaret M. Harris Corporation and Reseda Dental Office of Aram Yeliazyan and Aram Arakelyan, Inc., have failed to produce their initial disclosures, despite a letter to defendants' attorney requesting defendants either to comply with their discovery obligations or to meet and confer regarding the missing disclosures.

In light of plaintiff's showing, defendants, Margaret M. Harris Corporation and Reseda Dental Office of Aram Yeliazyan and Aram Arakelyan, Inc., are ORDERED TO SHOW CAUSE, in writing, on or before **October 5, 2018**, why their answer should not be stricken and a default judgment entered for failure to comply with their discovery obligations. Defendants may comply with the terms of this Order by either: 1) filing a proof of service demonstrating that they served plaintiff with a copy of defendants' initial disclosures; or 2) filing a response detailing defendants' objections to the entry of an Order striking defendants' answer and entering a default judgment against defendants.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |