GARY D. FIDLER, ESQ.  (SBN 76383)
SHIRIN SHOJAPOUR (SBN 218535)
GREENE, FIDLER & CHAPLAN, LLP
2719 WILSHIRE BLVD., SECOND FL.
SANTA MONICA, CALIFORNIA  90403
TEL: (310) 315-1700; FAX: (310) 315-1701
gfidlerlaw@gmail.com

ATTORNEYS FOR DEFENDANTS,
MARGARET M. HARRIS CORPORATION; RESEDA DENTAL
OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARGARET M. HARRIS CORPORATION, a California Corporation; RESEDA DENTAL OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-cv-02112 MWF (FFMx)<br><br>**INITIAL EVIDENTIARY DISCLOSURE SUBMITTED BY DEFENDANTS, MARGARET M. HARRIS CORPORATION AND RESEDA DENTAL OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC.**<br><br>[FRCP 26(a)(1)] |

///
///
///
///
///
///
///
///

1   Defendants, MARGARET M. HARRIS CORPORATION and RESEDA DENTAL
2   OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC. (hereinafter
3   collectively referred to as "HARRIS-RESEDA"), by and through their attorneys of
4   record and pursuant to *Federal Rule of Civil Procedure 26*, make the following initial
5   evidentiary disclosures as set forth herein.

7   HARRIS-RESEDA reserve the right to revise, withdraw and/or supplement the
8   disclosures made herein. Further, said disclosures are made without the waiver,
9   intentional or otherwise, of any and all privileges provided by law, including without
10  limitation, the attorney-client privilege and the work-product privilege.  HARRIS-
11  RESEDA reserve the right not to disclose information subject to privilege, work-
12  product or privacy.  HARRIS-RESEDA reserve all objections as to discoverability,
13  admissibility and/or relevance of any and all documents disclosed pursuant to this
14  initial disclosure.

16  **A.      WITNESSES - FACTUAL MATTERS**:

18         1.     Nehemiah Kong.

20         2.     Dr. Aram Yeliazyan – Dr. Yeliazyan may be contacted through attorney
21  Gary D. Fidler.

23         3.     Margaret M. Harris – Ms. Harris may be contacted through attorney Gary
24  D. Fidler.

26         4.     Maya Takeysan – Ms. Takeysan may be contacted through attorney
27  Gary D. Fidler.

5.  Dean Simpson – Mr. Simpson may be contacted through attorney Gary D. Fidler.

**B.  UNPRIVILEGED DOCUMENTS SUPPORTING HARRIS-RESEDA' POSITION:**

1.  Photos of the subject parking lot which depict or will depict compliance with ADA regulations.

2.  Photos of the interior portion of the premises which show compliance with ADA regulations regarding customer counters.

**C.  COMPUTATION OF DAMAGES:**

HARRIS-RESEDA assert that there is no need for injunctive relief with respect to itself since all remedial measures to make the subject parking lot and customer counters fully compliant with the Americans With Disability Act Access Guidelines (ADAAG)/2010 ADA Standards and the California Building Codes have been completed.  Furthermore, HARRIS-RESEDA are informed and believe that Defendants are either now or will be fully compliant with the Americans With Disability Act Access Guidelines (ADAAG)/2010 ADA Standards and the California Building Code. HARRIS-RESEDA contends that Plaintiff has not been monetarily damaged as a result of the events described in his Complaint or that such damage is nominal at best.

///
///
///
///
///

## CERTIFICATION OF DISCLOSURE

The undersigned, as attorney for HARRIS-RESEDA, certifies to the best of his knowledge, information and belief, after a reasonable inquiry, that this disclosure is complete and correct as of the time it was made.

Respectfully submitted,

GREENE, FIDLER & CHAPLAN, LLP

Dated: October ___, 2018

By: _____
Gary D. Fidler
Shirin Shojapour
Attorneys for Defendants, MARGARET M. HARRIS CORPORATION, RESEDA DENTAL OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

    I am employed in the aforesaid county, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2719 Wilshire Boulevard, Second Floor, Santa Monica, California 90403.

[ X ]    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

    On **October __, 2018**, pursuant to controlling General Orders and in accordance with the Electronic Case Filing Procedures, the foregoing document entitled: **INITIAL EVIDENTIARY DISCLOSURE SUBMITTED BY DEFENDANTS, MARGARET M. HARRIS CORPORATION AND RESEDA DENTAL OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC.** will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the e-mail addresses stated below:

Mark D. Potter, Esq.
Phyl Grace, Esq.
Amanda Lockhart Seabock, Esq.
Center for Disability Access
PO Box 262490
San Diego, CA 92196-2490

    Executed on **October __, 2018**, at Santa Monica, California.

    I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    */s/ Freida Dubin*
    Freida Dubin

PROOF OF SERVICE