GARY D. FIDLER, ESQ. (SBN 76383)
SHIRIN SHOJAPOUR (SBN 218535)
GREENE, FIDLER & CHAPLAN, LLP
2719 WILSHIRE BLVD., SECOND FL.
SANTA MONICA, CALIFORNIA 90403
TEL: (310) 315-1700; FAX: (310) 315-1701
gfidlerlaw@gmail.com

ATTORNEYS FOR DEFENDANTS,
MARGARET M. HARRIS CORPORATION; RESEDA DENTAL
OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>            Plaintiff,<br><br>    v.<br><br>MARGARET M. HARRIS CORPORATION, a California Corporation; RESEDA DENTAL OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC., a California Corporation; and Does 1-10,<br><br>            Defendants. | Case No.: 2:18-cv-02112 MWF (FFMx)<br><br>**OPPOSITION OF DEFENDANTS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 17, 2019<br>Time:  10:00 A.M.<br>Ctrm:   5A<br>Hon. Judge Michael W. Fitzgerald |

///
///
///
///
///
///
//

-1-

## 1. INTRODUCTION

Plaintiff's Motion for Summary Judgment seeks the following three items:

(1) to provide and maintain accessible parking at the Reseda Dental Office located at or about 18554 Sherman Way, Reseda, California;

(2) to provide an accessible transaction counter at the Reseda Dental Office and;

(3) judgment in favor of Plaintiff and against Defendants in the amount of $4,000.

## 2. DEFENDANTS' RESPONSE

Items (1) and (2) above are moot because the subject property is ADA complaint with the completion of the required remedial work with respect to handicap parking in the rear portion of the property and the counter height inside the premises.

## 3. PLAINTIFF'S MOTION SHOULD BE DENIED FOR FAILURE TO MEET AND CONFER

As per Local Rule 7-3, the moving party must first meet and confer in good faith with the opposition party to discuss the substance of the contemplated motion and to discuss potential resolution. As set forth in the Declaration of defense counsel, Gary D. Fidler, there was a failure on the part of Plaintiff to comply with this mandatory requirement before filing a Motion for Summary Judgment.

1. **INTRODUCTION**

Plaintiff's Motion for Summary Judgment seeks the following three items:

(1)  to provide and maintain accessible parking at the Reseda Dental Office located at or about 18554 Sherman Way, Reseda, California;

(2)  to provide an accessible transaction counter at the Reseda Dental Office and;

(3)  judgment in favor of Plaintiff and against Defendants in the amount of $4,000.

2. **DEFENDANTS' RESPONSE**

Items (1) and (2) above are moot because the subject property is ADA complaint with the completion of the required remedial work with respect to handicap parking in the rear portion of the property and the counter height inside the premises.

3. **PLAINTIFF'S MOTION SHOULD BE DENIED FOR FAILURE TO MEET AND CONFER**

As per Local Rule 7.3, the moving party must first meet and confer in good faith with the opposition party to discuss the substance of the contemplated motion and to discuss potential resolution. As set forth in the Declaration of defense counsel, Gary D. Fidler, there was a failure on the part of Plaintiff to comply with this mandatory requirement before filing a Motion for Summary Judgment.

Based on the foregoing, it is respectfully submitted that Plaintiff's Motion for Summary Judgment be denied.

Respectfully submitted,

GREENE, FIDLER & CHAPLAN, LLP

Dated: June 12, 2019

By: _____
Gary D. Fidler
Shirin Shojapour
Attorneys for Defendants, MARGARET M. HARRIS CORPORATION; RESEDA DENTAL OFFICE OF ARAM YELIAZYAN AND ARAM ARAKELYAN, INC.

## DECLARATION OF GARY D. FIDLER

I, GARY D. FIDLER, state and declare:

1.  All of the facts herein set forth are within my firsthand, personal knowledge and if called as a witness, I could and would competently testify thereto under oath.

2.  I am an attorney duly licensed to practice law before all courts of the State of California, and I am admitted in the United States District Court, Central District of California.

3.  On May 6, 2019, I received an e-mail from an attorney at Plaintiff's law firm (Isabel Massanque) requesting a date to meet and confer regarding a proposed Motion for Summary Judgment.

4.  The phone conference occurred on May 13, 2019, and lasted approximately one minute where Plaintiff's counsel advised me that Plaintiff intended to bring a Motion for Summary Judgment. Counsel for Plaintiff offered no further explanation regarding the grounds for the motion or the issues to be presented.

5.  In addition, there was no discussion regarding a possible resolution of the pending case.

6.  Therefore, I respectfully submit that there was a failure on the part of Plaintiff's counsel to conduct a reasonable and good faith meet and confer prior to the filing of this motion as required by Local Rule 7-3.

///

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed on this 12 day of June, 2019, at Santa Monica, California.

_____
GARY D. FIDLER

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

    I am employed in the aforesaid county, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2719 Wilshire Boulevard, Second Floor, Santa Monica, California 90403.

[ X ]    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

    On **June 12, 2019**, pursuant to controlling General Orders and in accordance with the Electronic Case Filing Procedures, the foregoing document entitled: **OPPOSITION OF DEFENDANTS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the e-mail addresses stated below:

Phyl Grace, Esq.
Isabel Rose Masanque, Esq.
Center for Disability Access
PO Box 262490
San Diego, CA 92196-2490
IsabelM@potterhandy.com

    Executed on **June 12, 2019**, at Santa Monica, California.

    I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Freida Dubin*
Freida Dubin

---

PROOF OF SERVICE