# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARGARET M. HARRIS CORPORATION, a California Corporation; RESEDA DENTAL OFFICE OF ARAM YELIZYAN AND ARAM ARAKELYAN, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No. EDCV 18-2112-MWF (FFMx)<br><br>**SUMMARY JUDGMENT AGAINST DEFENDANTS MARGARET M. HARRIS CORPORATION AND RESEDA DENTAL OFFICE OF ARAM YELIZYAN AND ARAM ARAKELYAN, INC.** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff Nehemiah Kong's Motion for Summary Judgment (the "Motion"). (Docket No. 27).

Through his Complaint, Plaintiff brought two claims for relief based on a violation of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 *et seq.* and a violation of the California's Unruh Civil Rights Act (the "Unruh Act"), Cal. Civ. Code §§ 51-53. (Docket No. 1). In an Order dated June

19, 2019, the Court granted summary adjudication in favor of Plaintiff as to the ADA claim and the Unruh Act claim based on the lack of van accessible parking. (Docket No. 136).  In an Order dated July 9, 2019, the Court granted summary adjudication in favor of Defendants on grounds of mootness as to the same two claims based on the transaction counter.  (Docket No. 34).

Now, therefore, pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Defendants shall bring the premises of 18554 Sherman Way, Reseda, California into compliance with the Americans with Disabilities Act Accessibility Guidelines by providing a compliant accessible parking space; and

2. Defendants shall be jointly and severally liable to Plaintiff in the total amount of $4,000 for statutory damages under the Unruh Act.

3. Defendants shall be jointly and severally liable to Plaintiff for reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 12205 and the Unruh Act.

Dated:  October 31, 2019     _____
                              MICHAEL W. FITZGERALD
                              United States District Judge